# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JENNIFER L. HYNES | : | |
| and | : | NO.: |
| TEAMCARE BEHAVIORAL | : | |
| HEALTH, LLC | : | CIVIL ACTION - LAW |
| Plaintiffs | : | |
| v. | : | |
| | : | |
| DERRY TOWNSHIP SCHOOL | : | |
| DISTRICT | : | |
| Defendant | : | |

## NOTICE OF REMOVAL

**TO:  CLERK OF COURT OF THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

Defendant Derry Township School District, by its attorneys, Marshall, Dennehey, Warner, Coleman & Goggin, hereby files this Notice of Removal of this case from the Court of Common Pleas of Dauphin County, Pennsylvania, where it is now pending, to the United States District Court for the Middle District of Pennsylvania on the basis of federal question jurisdiction and, in support thereof, avers as follows:

1. Plaintiff, Jennifer L. Hynes, commenced this action by filing a Complaint on July 7, 2021, in the Court of Common Pleas of Dauphin County,

1

Pennsylvania, docketed as Case Number 2021-cv-05787. A true and copy of Plaintiffs' Complaint is attached hereto and identified as Exhibit A.

2. On July 16, 2021, the Court entered an Order noting that Plaintiffs' July 7, 2021 Complaint will not be entertained and directed Plaintiffs to file an Amended Complaint, including a Notice to Defend. A copy of the Court's July 16, 2021 Order is attached hereto and identified as Exhibit B.

3. On July 26, 2021, Plaintiffs filed a Notice to Defend along with their Amended Complaint. A copy of the July 26, 2021 Notice to Defendant and Amended Complaint is attached hereto and identified as Exhibit C.

4. Plaintiffs then filed a Praecipe to Reinstate the Complaint on September 9, 2021. A true and correct copy of the Praecipe to Reinstate the Complaint is attached hereto and identified as Exhibit D.

5. The Complaint was served on Derry Township on September 15, 2021. A copy of the Notice of Service of Process is attached hereto and identified as Exhibit E.

6. The undersigned counsel entered their appearances on behalf of Defendants on September 24, 2021. A copy of the Entry of Appearances are attached hereto and identified as Exhibit F.

7. This Notice of Removal is timely in accordance with 28 U.S.C. §1446(b)(1).

8. The Plaintiffs have alleged in the Complaint, *inter alia*, a cause of action based on federal law, specifically violations of the 1st Amendment (and perhaps the 14th Amendment) pursuant to 42 U.S.C. §1983. See Exhibit A, generally.

9. In their Complaint, Plaintiffs allege that Plaintiff Hynes is the CEO of TEAMCare, which provides Community Based Outpatient Services to various school districts in Central Pennsylvania. Id. at ¶¶ 1, 10.

10. In 2018 Derry Township contracted with TEAMCare to provide Community Based Outpatient Services to Derry Township schools. Id. at ¶11.

11. According to the Complaint, during the time from March 2020 to June 2021, there has been a large increase in the amount and severity of mental health issues for children of school age. Id. at ¶14.

12. Plaintiff Hynes attended a Derry Township School Board Meeting and voiced her concern regarding the issue and the impact of COVID on the Derry Township resources for the mental health services to its students. After attending the meeting, Plaintiff Hynes received a letter from the Derry Township School Board President that TEAMCare services would not be renewed for the upcoming year. Id. at ¶¶17, 21.

13. Plaintiffs allege that as a result of Plaintiff Hynes' public comment at the Derry Township School Board meeting, that the administrative personnel and/or

school board members took offense to her comments and retailed against her by not renewing the contract with TEAMCare. Id. at ¶23.

14. As noted above, Plaintiffs purport to allege constitutional claims pursuant to Section 1983 for a purported First (and perhaps Fourteenth) Amendment violation, as well as claims for breach of contract, defamation and disparagement, and they seek to recover compensatory damages in excess of the local arbitration amount.[1]  See Ex. A.

15. This entire matter is one which may be removed to this Court by virtue of the provisions of 28 U.S.C. §1441(a) and in accordance with 28 U.S.C. §1446.

16.  This is a Civil Action over which the United States District Court has original jurisdiction over Plaintiffs' Section 1983 claims, pursuant to 28 U.S.C. §1331, inasmuch as those claims arise under federal law.

17. The Court also has supplemental jurisdiction over Plaintiffs' state law claims, pursuant to 28 U.S.C. §1367(a), because those claims are so related to the federal claims that they form part of the same case or controversy under Article III of the United States Constitution.

18. This Court is one of proper venue pursuant to 29 U.S.C. §1391 because Plaintiffs are alleging that First Amendment violations took place within a school

---

[1] By listing the purported causes of action and requested damages set forth in the Complaint, Defendant is not implying that they are legally or factually accurate, but is merely outlining them for purposes of removal.

district located in Derry Township, Dauphin County, which is situated within the Middle District of Pennsylvania.

19. Accordingly, Plaintiff's Complaint properly may be removed to this Court, pursuant to 28 U.S.C. §1441(a) through (c).

20. The undersigned notified Plaintiffs' counsel of Defendant's intent to remove Plaintiffs' Complaint to this Court.

21. Consistent with 28 U.S.C. §1441(b)(2), there are no other defendants named in Plaintiff's Complaint except the Derry Township School District.

22. Promptly after filing with this Honorable Court and with the assignment of a Civil Action Number, a copy of this Notice of this Removal will be filed with the Court of Common Pleas of Dauphin County, Pennsylvania in accordance with 28 U.S.C. §1446(d).

23. Copies of all process, pleadings and Orders served upon the Defendant by the Plaintiffs are attached to this Notice of Removal.

WHEREFORE, Defendant, Derry Township School District, respectfully requests the removal of this action from the Court of Common Pleas of Dauphin County, Pennsylvania to the United States District Court for the Middle District of Pennsylvania.

<div style="text-align: right;">

MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN

</div>

Dated: October 11, 2021          BY:   */s/ Christopher J. Conrad*
                                       Christopher J. Conrad, Esquire
                                       PA Attorney ID# 202348
                                       100 Corporate Center Drive, Suite 201
                                       Camp Hill, PA 17011
                                       Phone:  (717) 651-3531
                                       Fax:  (717) 651-3707
                                       Email:  cjconrad@mdwcg.com
                                       *Attorneys for Defendant Derry Township*
                                       *School District*

LEGAL/141295746.v1

## CERTIFICATE OF SERVICE

I, Christopher J. Conrad, Esquire, of Marshall Dennehey Warner Coleman and Goggin, do hereby certify that I served a true and accurate copy of the foregoing document, via email and first class mail, postage pre-paid, on the below date, on all counsel of record:

Andrew W. Barbin, Esq.
Andrew W. Barbin, P.C.
5 Kacey Court, Suite 203
Mechanicsburg, PA  17055

<div style="margin-left:40%">

MARSHALL DENNEHEY WARNER
COLEMAN AND GOGGIN

</div>

Dated: <u>October 11, 2021</u>      By:   <u>*/s/ Christopher J. Conrad*</u>
Christopher J. Conrad, Esquire
PA I.D. No. 202348
100 Corporate Center Drive, Suite 201
Camp Hill, PA 17011
Phone: 717-651-3531; Fax: 717-651-3707
Email: cjconrad@mdwcg.com
*Attorneys for Defendant Derry Township*
*School District*