IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JENNIFER L. HYNES and TEAMCARE BEHAVIORAL HEALTH, LLC, | : : : | |
| Plaintiffs | : : | No. 1:21-cv-01736 |
| v. | : : : | (Judge Kane) |
| DERRY TOWNSHIP SCHOOL DISTRICT, | : : : | |
| Defendant | : | |

# ORDER

**AND NOW**, on this 14th day of March 2024, upon consideration of the docket in the above-captioned action, and in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Plaintiff Jennifer L. Hynes ("Plaintiff Hynes")' defamation and disparagement (Count II) and First Amendment retaliation (Count III) claims against Defendant Derry Township School District ("Defendant") are **DISMISSED WITH PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, see Fed. R. Civ. P. 41(b);

2. Plaintiff TEAMCare Behavioral Health, LLC ("Plaintiff TEAMCare")'s breach of contract (Count I) and defamation and disparagement (Count II) claims against Defendant are **DISMISSED WITH PREJUDICE** pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, see Fed. R. Civ. P. 41(b);

3. In light of the Court's dismissal of all of Plaintiff Hynes and Plaintiff TEAMCare's claims pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, Defendant's partial motion to dismiss (Doc. No. 3) is **DENIED AS MOOT**; and

4. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
